756

*Walter L. Glenney* for appellant.

*B. Leo Schwarz, Matthew E. Lawless* and *Jonas J. Shapiro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld and Froessel, JJ.

The People of the State of New York, Respondent, *v.* Morris S. Kitzen, Appellant.

Argued April 16, 1953; decided May 22, 1953.

*Morris S. Kitzen,* appellant in person.

*Frank S. Hogan, District Attorney (Stuart G. Schwartz* and *Richard G. Denzer* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 924.]

WESTERN NEW YORK WATER COMPANY, Appellant, *v.* ERIE COUNTY WATER AUTHORITY et al., Respondents.

Argued April 14, 1953; decided May 22, 1953.

